UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOYCE SOONG,<br><br>        Plaintiff,<br><br>   v.<br><br>CHEVY CHASE BANK, et al.<br><br>        Defendants. | Case No. EDCV 10-01175 VAP(DTBx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's claims against Defendant Specialized Loan Servicing, L.L.C. are DISMISSED WITHOUT PREJUDICE. The Court orders that such judgment be entered.

Dated: November 4, 2010

                                 VIRGINIA A. PHILLIPS
                                 United States District Judge