**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOYCE SOONG,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CHEVY CHASE BANK AND SPECIALIZED LOAN SERVICING, L.L.C.,<br><br>　　　　Defendants. | Case No. EDCV 10-01175 VAP(DTBx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

　　Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's First Amended Complaint against Defendant Chevy Chase Bank is DISMISSED WITHOUT PREJUDICE.  The Court orders that such judgment be entered.

Dated: <u>February 23, 2011</u>　　　　　　*Virginia A. Phillips*
　　　　　　　　　　　　　　　　　　VIRGINIA A. PHILLIPS
　　　　　　　　　　　　　　　　　　United States District Judge